No. 593.   RYLES *v.* UNITED STATES.

*Per Curiam:* The petition for writ of certiorari is granted.   Upon the suggestion of the Solicitor General that the judgments be vacated and the case remanded to the District Court for a new trial, and upon consideration of the record, the judgments of the Court of Appeals and the District Court are vacated and the case is remanded to the United States District Court for the Eastern District of Oklahoma with directions to grant a new trial. *James W. Bounds* for petitioner. *Solicitor General Perlman* and *Assistant Attorney General Campbell* for the United States.

*Miscellaneous Orders.*

No. 609.   QUICKSALL *v.* MICHIGAN.   Certiorari, 336 U. S. 916, to the Supreme Court of Michigan.   It is ordered that Isadore Levin, Esquire, of Detroit, Michigan, a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 42.   KLAPPROTT *v.* UNITED STATES, 335 U. S. 601. Motion for clarification of the modified judgment, 336 U. S. 942, denied.   MR. JUSTICE BLACK dissents.   *P. Bateman Ennis, W. Clifton Stone* and *Morton Singer* for petitioner.

No. 650.   PRINTING SPECIALTIES & PAPER CONVERTERS UNION, LOCAL 388, A. F. OF L., ET AL. *v.* LEBARON, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. The petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit is dismissed on motion of counsel for the petitioners.   *J. Albert Woll, Herbert S. Thatcher* and *James A. Glenn* for petitioners.